RATHBONE, SARD & COMPANY, Appellant, *v.* VIRGINIA IRON, COAL AND COKE COMPANY, Respondent.

*Contract — sale — action for breach of contract to deliver iron — defense of failure of payment for iron already delivered.*

*Rathbone, Sard & Co.* v. *Virginia Iron, Coal & Coke Co.,* 198 App. Div. 889, affirmed.

(Argued December 7, 1922; decided January 9, 1923.)

APPEAL from a judgment, entered February 1, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was for the alleged breach of a contract through defendant's refusal to deliver a quantity of pig iron remaining undelivered under a contract which called for the sale and delivery of one thousand tons of pig iron over a period of time. The defense is that the refusal was justified by the plaintiff's failure to pay for the pig iron already delivered, in the manner required by the contract.

*Perlie P. Fallon* for appellant.

*Arthur B. Brenner* and *William Mason Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

EMPIRE LIGHTING FIXTURE Co., INC., Respondent, *v.* SAMUEL CUTLER et al., Appellants.

*Contract — action to recover for refusal of purchaser to accept goods sold — defense of modification of contract as to place of delivery.*

*Empire Lighting Fixture Co., Inc.,* v. *Cutler,* 196 App. Div. 924, affirmed.

(Argued December 8, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1921, affirming a judgment in favor of